Carolyn H. Cottrell (SBN 166977)
Esther L. Bylsma (SBN 318935)
SCHNEIDER WALLACE
COTTRELL KIM LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100 | Fax: (415) 421-7105
ccottrell@schneiderwallace.com
ebylsma@schneiderwallace.com

Attorneys for Plaintiff ERIC MCELROY

EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone:  (213) 239.9800
Facsimile:   (213) 239.9045

[*Additional Counsel on following page*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC MCELROY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GEORGIA-PACIFIC CORRUGATED LLC,<br><br>Defendant. | Case No. 2:22−cv−09159−DMG−AFM<br><br>**JOINT STIPULATION RE DISMISSAL**<br><br>Complaint Filed: December 16, 2022<br><br>District Judge:   Hon. Dolly M. Gee<br>Magistrate Judge: Hon. Alexander F. MacKinnon |

1  KYLE A. WENDE SBN 287728
   kyle.wende@ogletree.com
2  PAUL M. SMITH, CA Bar No. 306644
   paul.smith@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
4  400 Capitol Mall, Suite 2800
   Sacramento, CA  95814
5  Telephone:   916.840.3150
   Facsimile:    213.840.3159
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION RE DISMISSAL

Plaintiff Eric McElroy ("Plaintiff"), and Defendant Georgia-Pacific Corrugated LLC ("Defendant") (collectively, "the Parties"), hereby stipulate as follows:

WHEREAS, all the claims in the above-captioned action ("Action") were included in a global settlement, along with *McElroy v. Georgia-Pacific Corrugated LLC*, Superior Court of California County of Alameda, Case No. 23CV034158 ("*McElroy* State Action"), *Diaz v. Georgia-Pacific Corrugated LLC*, Superior Court of California County of Alameda, Case No. HG21092866 ("*Diaz* State Action"), and *Diaz v. Georgia-Pacific Corrugated LLC*, United States District Court Central District of California, Case No. 2:21-cv-02151 DMG (AFMx) ("*Diaz* Federal Action") (collectively, "the Georgia-Pacific Actions");

WHEREAS, the parties in the Georgia-Pacific Actions fully executed the Class Action Settlement Agreement and Release ("Settlement") on March 26, 2024;

WHEREAS, for settlement purposes, on April 30, 2024, the parties in the Georgia-Pacific Actions filed a joint consolidated complaint in the *McElroy* State Action, which includes the claims in this Action;

WHEREAS, on December 12, 2024, the Alameda Court in the *McElroy* State Action granted preliminary approval of the Settlement;

WHEREAS, following the Settlement class notice procedure ordered by the Alameda Court, on April 17, 2025, plaintiffs submitted their motion for final approval of the Settlement in the *McElroy* State Action;

WHEREAS, on August 14, 2025, the Alameda Court assessed the Settlement and granted final approval;

WHEREAS, on November 25, 2025, the Alameda Court signed the final approval order and entered Judgment, which is attached as Exhibit A to the Declaration of Esther L. Bylsma, filed concurrently herewith;

WHEREAS, the Effective Date of the Settlement was on November 25, 2025;

WHEREAS, on or around December 16, 2025, Defendant funded the Settlement;

The Parties therefore stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of this action with prejudice, with each party bearing their own attorneys' fees and costs in connection with the dismissal.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: January 15, 2026

SCHNEIDER, WALLACE, COTTRELL, KIM, LLP

BY:  */s/ Esther L. Bylsma*
Carolyn H. Cottrell
Esther L. Bylsma

Attorneys for Plaintiff
ERIC MCELROY

DATED: January 15, 2026

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  */s/ Kyle A. Wende*
Evan R. Moses
James T. Conley
Madeleine K. Lee
Paul M. Smith

Attorneys for Defendant
GEORGIA-PACIFIC CORRUGATED LLC

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document(s) with the Clerk of the Court for the United States District Court, Central District of California, by using the Court's CM/ECF system on January 15, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

*/s/ Karina Garcia-Guillen*
Karina Garcia-Guillen