# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MCELROY, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEORGIA-PACIFIC CORRUGATED LLC,<br><br>　　　　Defendant. | Case No. CV 22−9159−DMG (AFMx)<br><br>**ORDER RE DISMISSAL OF ACTION [44]** |

Having read and considered the Parties' Stipulation re Dismissal, the Parties having reached a mutually agreeable resolution of all claims in this matter and having entered into a written settlement agreement, and the Court being otherwise fully informed:

IT IS HEREBY ORDERED that the above-captioned action be, and hereby is, dismissed with prejudice, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

DATED: January 16, 2026

_____
DOLLY M. GEE
Chief United States District Judge